Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-10-00700-CR

John Eric **GINN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR1279
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed:  November 10, 2010

DISMISSED FOR LACK OF JURISDICTION

The trial court imposed sentence in the underlying cause on August 7, 2009. Because appellant did not file a motion for new trial, the notice of appeal was due to be filed September 7, 2009. TEX. R. APP. P. 26.2(a)(1). Appellant filed a notice of appeal on September 23, 2010. A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

On October 5, 2010, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant's response to our show cause order was due to be filed by October 19, 2010. No response was filed. Because appellant did not file a timely notice of appeal, this appeal is dismissed for lack of jurisdiction. *See id.; see also Ater v. Eighth Court of Appeal*s, 802 S.W.2d 241 (Tex. Crim. App. 1991) (out-of-time appeal from final felony conviction may be sought by filing a writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure).

PER CURIAM